## WYOMING POCAHONTAS LAND COMPANY, Plaintiff–Appellee,

v.

## COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellant.

### No. 01–3984.

United States Court of Appeals, Sixth Circuit.

March 20, 2003.

Before MOORE and GIBBONS, Circuit Judges; and COHN, District Judge.*

### ORDER

The Commissioner of Social Security appeals the July 12, 2001, summary judgment holding that the Commissioner lacked that authority under the Coal Industry Retiree Health Benefits Act, 26 U.S.C. § 9706(a), to make initial assignments of liability for financial responsibility after September 30, 1993. The Supreme Court has recently addressed this precise issue in *Barnhart v. Peabody Coal Co.*, 537 U.S. 149, 123 S.Ct. 748, 154 L.Ed.2d 653 (2003). The Commissioner is now before the court with an unopposed motion for summary reversal of the judgment based on *Barnhart v. Peabody Coal Co., supra.*

---

* The Honorable Avern Cohn, United States District Judge for the Eastern District of Michigan, sitting by designation.

We find the Commissioner's motion to be well-taken. Therefore, the judgment of the district court is VACATED and this action is REMANDED to the district court for reconsideration in light of *Barnhart v. Peabody Coal Co.*, *supra*.